No. 85–912.   Brock, Secretary of Labor *v.* Southeastern Arizona Governments Organization.   C. A. 9th Cir.   Cer-

1138

tiorari granted, judgment vacated, and case remanded for further consideration in light of *Brock* v. *Pierce County, ante,* p. 253.